# STATE OF MICHIGAN

# COURT OF APPEALS

WHITNEY SCHUSTER,

Plaintiff-Appellant,

v

RIVER OAKS GARDEN APARTMENTS LLC,

Defendant-Appellee.

UNPUBLISHED
November 30, 2017

No. 335246
Kent Circuit Court
LC No. 14-005418-NO

Before: HOEKSTRA, P.J., and STEPHENS and SHAPIRO, JJ.

HOEKSTRA, J. (*concurring*).

I concur in the majority's opinion in light of the Michigan Supreme Court's decision in *Allison v AEW Capital Mgt, LLP*, 481 Mich 419; 751 NW2d 8 (2008). However, for the reasons stated by Justice Corrigan in her concurring opinion in *Allison*, I believe that the duty to maintain common areas in a condition that is "fit for the use intended by the parties" applies to "significant, structural defects," and I question whether this statutory duty under MCL 554.139(1)(a) extends "to transitory conditions such as snow and ice accumulations." *Allison*, 481 Mich at 439-443 (CORRIGAN, J., concurring).

/s/ Joel P. Hoekstra

-1-